SCOTT'S PREPARATIONS, INC., etc., Appellant, v. V. VIVAUDOU, INC., etc., Respondent.— Order affirmed, with ten dollars costs and disbursements, with

leave to plaintiff to serve an amended complaint separately stating and numbering the causes of action alleged, within twenty days from service of this order with notice of entry thereof, upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.